# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| THOMAS WASHAM | : | No. 33 EAP 2017 |
| | : | |
| v. | : | |
| | : | |
| THOMAS WASHAM $4,458,000.00 | : | |
| PROPERTY RECEIPT #7015 3430 0000 | : | |
| 2068 2452 | : | |
| | : | |
| APPEAL OF:  THOMAS WASHAM | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Notice of Appeal is quashed.